IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01679–WYD–KMT

KRISTIN DIAMOND,

    Plaintiff,

v.

EPICOR SOFTWARE CORPORATION, formerly ACTIVANT SOLUTIONS, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Unopposed Motion for Leave to Amend Complaint" (Doc. No. 9, filed August 18, 2011) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court shall file the "First Amended Complaint and Jury Demand" and exhibits (Doc. Nos. 9-2, 9-3, and 9-4).

Dated: August 22, 2011