IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01679-WYD-KMT

KRISTIN DIAMOND,

    Plaintiff,

v.

EPICOR SOFTWARE CORPORATION, formerly ACTIVANT SOLUTIONS, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On July 15, 2011, Defendant filed a Motion to Dismiss (ECF No. 5).  On August 22, 2011, Plaintiff was granted leave to file an Amended Complaint.  Accordingly, since the issues raised in the pending motion to dismiss pertain to Plaintiff's original Complaint, it is moot.  Thus, the motion (ECF No. 5) is **DENIED WITHOUT PREJUDICE.**

    Dated:  August 22, 2011.