IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01679-WYD-KMT

KRISTIN DIAMOND,

     Plaintiff,

v.

ACTIVANT SOLUTIONS, INC., (d/b/a "Epicor") a Delaware corporation, and
EPICOR SOFTWARE CORPORATION, (d/b/a "Activant") formerly ACTIVANT
SOLUTIONS, INC., a Delaware corporation,

     Defendants.

## ORDER

THIS MATTER comes before the Court on the Stipulation for Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 28), filed November 30, 2011.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).  Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 28), is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated: November 30, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge